IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WESLEY, SR., | : |
| Plaintiff, | : |
| v. | : |
| | : 3:15-CV-1110 |
| SIMONA AMERICA INC. | : (JUDGE MARIANI) |
| t/d/b/a LAMINATIONS, INC. | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 29th DAY OF MARCH, 2017, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 54), Plaintiff William Wesley, Sr.'s Objections thereto (Doc. 57), Defendant Simona America, Inc.'s Answer to Plaintiff's Objections (Doc. 58), Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 28), Defendant's Motion for Summary Judgment (Doc. 43), and all supporting and opposing documents, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff Wesley's Objections are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion as well as those set forth in the accompanying memorandum opinion.

2. The Report and Recommendation (Doc. 54) is **ADOPTED** for the reasons set forth therein as well as those set forth in the accompanying memorandum opinion.

3. Defendant's Motion for Summary Judgment (Doc. 43) is **GRANTED**. Summary judgement is granted in favor of Defendant and against Plaintiff on Plaintiff's claims of ADEA Age Discrimination, including disparate treatment, hostile-work environment, and retaliation, (Count I), and Plaintiff's claims of discrimination and retaliation under the Pennsylvania Human Relations Act (Count II).

4. Judgment is hereby entered **IN FAVOR OF** Defendant Simona America, Inc. t/d/b/a Laminations, Inc. and **AGAINST** Plaintiff William Wesley, Sr.

5. Defendant's Motion to Dismiss (Doc. 28) is **DENIED AS MOOT**.

6. The Clerk of Court is directed to **CLOSE** the above-captioned action.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge